UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-25410-CIV-UNGARO/O'SULLIVAN

RENE VILCHES,

    Plaintiff,

v.

SUDDENLY EXPRESS, CORP.,
et al.,

    Defendants.
    _____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS MATTER came before the Court on the parties' Joint Motion for Approval of Parties' Settlement Agreement, Stipulated Dismissal with Prejudice, and for the Court to the Court to Retain Jurisdiction (DE# 18, 1/30/19). The undersigned conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq. ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable

compromise of disputed issues." Id.  The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. Id. at 1354.

In this case, there is a bona fide factual and legal dispute regarding the statute of limitations and liquidated damages.  The terms of the settlement were announced on the record in open Court. The Court has reviewed the terms of the settlement agreement including the amount to be received by the plaintiff and the attorney's fees and costs to be received by counsel and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' Joint Motion for Approval of Parties' Settlement Agreement, Stipulated Dismissal with Prejudice, and for the Court to the Court to Retain Jurisdiction (DE# 18, 1/30/19) is GRANTED and the parties' settlement agreement (including attorney's fees and costs) is hereby APPROVED. It is further

**ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice and that the Court **shall retain jurisdiction until February 18, 2019** to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this **4th** day of February, 2019.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE